UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEPHEN KERR EUGSTER,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PAULA C. LITTLEWOOD, Executive Director of the WASHINGTON STATE BAR ASSOCIATION in her official capacity, and JUSTICES OF THE WASHINGTON SUPREME COURT, namely: MARY FAIRHURST, Chief Justice, in her official capacity; CHARLES JOHNSON, Justice, in his official capacity; SHERYL GORDON McCLOUD, Justice, in her official capacity; CHARLES WIGGINS, Justice, in his official capacity; STEVEN GONZÁLEZ, Justice, in his official capacity; MARY YU, Justice, in her official capacity; BARBARA MADSEN, Justice, in her official capacity; SUSAN OWENS, Justice, in her official capacity; and, DEBRA STEPHENS, Justice, in her official capacity,<br><br>　　　　　　　Defendants. | NO. 2:17-CV-0392-TOR<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW PENDING MOTION TO DISMISS, TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT, AND TO DISMISS DEFENDANT THE WASHINGTON STATE BAR ASSOCIATION |

ORDER GRANTING STIPULATED MOTION ~ 1

BEFORE THE COURT are the parties' Stipulated Motion to Withdraw Pending Motion to Dismiss, to Extend Time to Respond to Amended Complaint, and to Dismiss Defendant the Washington State Bar Association (ECF No. 21) and Stipulated Motion to Expedite (ECF No. 22). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed.

On November 25, 2017, Plaintiff Stephen Kerr Eugster, proceeding *pro se*, filed this Complaint against Defendant Paula C. Littlewood and the Washington State Bar Association ("WSBA"). ECF No. 1. Plaintiff is a licensed attorney and member of the WSBA. *Id.* at 7. Plaintiff alleges violation of his constitutional rights under 42 U.S.C. § 1983, and violation of procedural due process and his fundamental rights due to compelled membership in the WSBA. *Id.* at 8–10.

On January 30, 2018, Defendants Littlewood and the WSBA filed a Motion to Dismiss. ECF No. 8. On February 7, 2018, Plaintiff filed an Amended Complaint, which removed the WSBA as a party and added each Justice of the Washington State Supreme Court as Defendants. ECF No. 9. The Amended Complaint also added and removed claims. *See id.*

In the instant motion, the parties jointly move to withdraw the pending Motion to Dismiss, as the relevance of the arguments are affected by the Amended Complaint. ECF No. 21 at 2. The parties further stipulate that Defendant

Littlewood should be allowed additional time to respond to the Amended Complaint, agreeing that her response should be due by April 11, 2018. Lastly, the parties stipulate that former Defendant WSBA should be formally dismissed from this matter. *Id.*

The Court finds that Defendant Littlewood may withdraw her Motion to Dismiss due to Plaintiff's Amended Complaint. Defendant Littlewood is ordered to file a response to the Amended Complaint no later than April 11, 2018. The Court dismisses Defendant Washington State Bar Association from this case.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Stipulated Motion to Withdraw Pending Motion to Dismiss, to Extend Time to Respond to Amended Complaint, and to Dismiss Defendant the Washington State Bar Association (ECF No. 21) is **GRANTED**.
2. Stipulated Motion to Expedite (ECF No. 22) is **GRANTED**.
3. The Clerk of Court shall terminate the Washington State Bar Association from the docket as a Defendant in this case.

The District Court Executive is directed to enter this Order and furnish copies to the parties.

**DATED** February 22, 2018.



THOMAS O. RICE
Chief United States District Judge